**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
EDUARDO WILLIAMS

                        Plaintiff,                  **ORDER**

                    -against-

PORT AUTHORITY TRANS-
HUDSON CORPORATION              **24-CV-9536 (DEH) (JW)**

                    Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Discovery in this case is now closed. The Parties are to file a joint status letter by **February 24, 2026** indicating whether either Party intends to move for summary judgment and if so, propose a briefing schedule.

SO ORDERED.

DATED:    New York, New York
           February 17, 2026

                                  *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                                United States Magistrate Judge