UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Williams,<br><br>                   Plaintiff,<br><br>            v.<br><br> Port Authority Trans Hudson Corp.,<br><br>                   Defendant. | |

24-CV-9536 (DEH)

ORDER

DALE E. HO, United States District Judge:

Having been advised that the parties do not intend to move for summary judgment, ECF

No. 20, the parties shall submit a joint letter by **March 4, 2026** addressing the following:

1. Whether the parties seek a referral to either the District's mediation program or to

   Magistrate Judge Willis for a settlement conference;

2. Availability for trial in July, August, and/or October 2026;

3. Estimated time of trial; and

4. Whether there is a jury demand.

SO ORDERED.

Dated: February 25, 2026
       New York, New York

_____
       DALE E. HO
United States District Judge