**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EDUARDO WILLIAMS

                       Plaintiff,                  **ORDER**

        -against-                   **24-CV-9536 (DEH) (JW)**

PORT AUTHORITY TRANS-
HUDSON CORPORATION

                     Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

A settlement conference in this case was held on May 26, 2026.  No settlement

agreement was reached.  Per Judge Ho's prior order, the Parties are to submit a joint

status letter to Judge Ho within one week of today's conference.  Dkt. No. 25.

      SO ORDERED.

DATED:     New York, New York
             May 26, 2026

                               *Jennifer E. Willis*
                               JENNIFER E. WILLIS
                        United States Magistrate Judge