UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Williams,

Plaintiff,

v.

Port Authority Trans Hudson Corp.,

Defendant.

24-CV-9536 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to an unforeseen scheduling conflict, the final pretrial conference scheduled for July 29, 2026 is ADJOURNED to August 6, 2026 at 10:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, N.Y.

SO ORDERED.

Dated: July 17, 2026
New York, New York

DALE E. HO
United States District Judge