UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Williams,

Plaintiff(s),

v.

Port Authority Trans Hudson Corp.,

Defendant(s).

24-CV-9536 (DEH)

ORDER

DALE E. HO, United States District Judge:

As stated on the record at today's final pretrial conference, the Court makes the following rulings with regard to the motions in limine:

- Plaintiff's motions to exclude evidence of prior litigation, his 2004 arrest, family structure, and other benefits received following his injury are unopposed, and are **GRANTED**. Defendant may not adduce evidence concerning these topics unless Plaintiff puts them in issue.
- Plaintiff's motion to exclude evidence of his positive marijuana test while an employee at Amtrak is **GRANTED**. Defendant may not adduce such evidence to rebut liability or damages. As to Plaintiff's credibility, Defendant may not adduce evidence on this issue unless Plaintiff puts it in issue.
- Defendant's motion for a full setoff of medical expenses incurred under 45 U.S.C. § 55 is **GRANTED IN PART**. The Parties are **ORDERED** to meet and confer and propose a procedure for the treatment medical expenses and PATH's asserted lien in a joint status letter by **August 7, 2026 at 5:00 p.m**. Should the Parties fail to reach agreement on a stipulated procedure for adding the amount of medical expenses to the

award post-verdict, Plaintiff will be permitted to put on testimony regarding medical expenses incurred.

The Court makes the following rulings with regard to objections to exhibits for which an advance ruling was requested:

- PX 6: **OVERRULED**
- PX 15: **OVERRULED**
- PX 16: Plaintiff is directed to submit revised exhibits consistent with the Court's instructions by Tuesday, August 11, 2026.
- PX 21: Allowed only for identification
- PX 22: Allowed only as a demonstrative
- DX 1: **OVERRULED**
- DX 2: Defendant is directed to submit revised exhibits consistent with the Court's instructions by Tuesday, August 11, 2026.
- DX 3: Defendant is directed to submit revised exhibits consistent with the Court's instructions by Tuesday, August 11, 2026.
- DX 4: **OVERRULED** without prejudice to renewal should Defendant fail to lay an adequate foundation

By **Tuesday, August 11, 2026**, the Parties will submit simultaneous letter briefs of no more than five pages on the issue of Plaintiff's regulatory theory of negligence, particularly the requirements of 49 C.F.R. § 214.315 and whether there is any record evidence that may support a finding of a violation of the regulation.

The Motion to File a Supplemental Memorandum of Law is GRANTED. The Clerk of Court is respectfully directed to terminate ECF Nos. 28, 34, and 41.

Trial will begin at 9:30 a.m. on Monday, August 17, 2026 in Courtroom 905.

SO ORDERED.

Dated: August 6, 2026

New York, New York

DALE E. HO
United States District Judge