UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDUARDO WILLIAMS,

Plaintiff,

-against-

PORT AUTHORITY TRANS HUDSON CORP.,

Defendant.
-----------------------------------------------------------------X

24 Civ. 9536 (DEH)(JW)

JUDGMENT

DALE E. HO, United States District Judge:

After a jury trial before the Honorable Dale E. Ho, United States District Judge, a jury rendered a verdict in favor of Plaintiff Eduardo Williams against Defendant Port Authority Trans Hudson Corp., in the amount of $125,000.00 for past loss of earnings; $1,055,000.00 for future loss of earnings; $1,000,000.00 for Past pain and suffering; $2,100,000.00 for future pain and suffering.

The parties have stipulated that Defendant claims a lien of $194,348.69 for past medical expenses spent on behalf of Plaintiff; and Defendant claims a lien of $2,199.20 for past wages paid to Plaintiff. The parties further have stipulated that these claimed medical expense and wage lien amounts be added to any verdict rendered in favor of Plaintiff, prior to entry of judgment. Plaintiff's total verdict is therefore $4,476,547.89.

The jury further found Defendant 95% at fault and plaintiff 5 % contributorily negligent. Plaintiff's total net verdict is therefore $4,252,720.50.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**: That Judgment is entered in favor of Plaintiff Eduardo Williams as against Defendant Port Authority Trans Hudson Corp. for the total sum of $4,252,720.50.

It is further **ORDERED** that based on agreement of the parties, defendant may withhold from payment of the Judgment the medical expense lien of $194,348.69, the wage lien of $2,199.20.

SO ORDERED:

Dated: August 24, 2026
New York, New York

DALE E. HO
United States District Judge