UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Williams,

Plaintiff,

v.

Port Authority Trans Hudson Corp.,

Defendant.

24-CV-9536 (DEH)

ORDER

DALE E. HO, United States District Judge:

Defendant timely objects to the Plaintiff's Bill of Costs Notice of Taxation. ECF No. 56. By **September 14, 2026** the Plaintiff shall file any response to Defendant's objections. The response shall not exceed 5 pages and shall adhere to Individual Rule 4(c).

SO ORDERED.

Dated: September 1, 2026
New York, New York

DALE E. HO
United States District Judge